1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DATAPRO INTERNATIONAL INC., a Delaware corporation, | No. _____ |
| Plaintiff, | **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |
| v. | **DEMAND FOR JURY TRIAL** |
| LG ELECTRONICS U.S.A., INC., a Delaware corporation, and LG ELECTRONICS, INC., a Korean corporation, | |
| Defendants. | |

COMES NOW Plaintiff DataPro International Inc., by and through its undersigned

attorney, and alleges as follows:

## PARTIES

1.     Plaintiff DataPro International Inc. ("DataPro") is a Delaware corporation with

its principal place of business at 1144 NW 52nd St., Seattle, Washington 98107.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Page 1

MELTZER LAW
P.O. BOX 42575
PORTLAND, OR 97242
206-200-7398

2.      Upon information and belief, Defendant LG Electronics, Inc. ("LGE") is a corporation organized under the laws of the Republic of Korea, with its principal place of business at San 4-1, Nakesongdae-Dong, Kwanak-Gu, Seoul 151-919, Korea.

3.      Upon information and belief, Defendant LG Electronics U.S.A., Inc. ("LGEUSA") is a Delaware corporation with its principal place of business at 1000 Sylvan Avenue, Englewood Cliffs, New Jersey 07632.  Upon information and belief, LGEUSA is a wholly owned and controlled subsidiary of LGE.

4.      Defendants LGE and LGEUSA are collectively referred to as "LG Electronics."

## JURISDICTION AND VENUE

5.      This is a civil action seeking damages and injunctive relief for copyright infringement, for willful copyright infringement, for removal or alteration of copyright management information, and for falsification of copyright management information.

6.      The Court has original subject matter jurisdiction over this action pursuant to the provisions of the Copyright Act, 17 U.S.C. § 101 *et seq.*, 28 U.S.C. § 1331, and 28 U.S.C. § 1338.

7.      The Court has personal jurisdiction over Defendants, who have sufficiently continuous, systematic, and routine contacts with Washington to establish such jurisdiction, by regularly marketing, distributing, and selling their products to distributors, retailers, and consumers in Washington, by regularly conducting and soliciting business in Washington, by deriving substantial revenue from goods and services provided to persons and/or entities in Washington, and by copying DataPro materials that reside in Washington.

8.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) because a substantial part of Defendants' wrongful acts alleged herein

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Page 2

occurred in and caused injury to DataPro in Washington, because the intellectual property at issue resides in Washington, because Defendants are subject to personal jurisdiction in this judicial district, and because Defendants may be found in this judicial district.

## BACKGROUND

9.      DataPro is in the business of manufacturing and selling data cable products, connectors, and related accessories and services. To promote its products and services, DataPro maintains a detailed website containing text, graphics, and photographs at www.DataPro.net (the "DataPro Website"). The DataPro Website was created and is maintained in Seattle, Washington.

10.      The DataPro Website is protected under United States copyright law. DataPro has two separate registered copyrights in its Website with the United States Copyright Office. It received copyright certificate # TXu 1-596-528, effective October 24, 2008 (the "DataPro Web Pages Copyright"), and copyright certificate # TXu 1-647-313, effective February 18, 2008 (the "A Complete Guide to the Digital Video Interface Copyright"). True and correct copies of these certificates are attached to this Complaint as Exhibit A. A representative sample of the materials covered by the DataPro Web Pages Copyright is attached to this Complaint as Exhibit B. The materials covered by the A Complete Guide to the Digital Video Interface Copyright are attached to this Complaint as Exhibit C.

11.      The DataPro Web Pages Copyright and the A Complete Guide to the Digital Video Interface Copyright are collectively referred to as the "DataPro Copyrights."

12.      The DataPro Website contains a copyright notice on each page, which states "© 1995-2013 DataPro International Inc." Aside from the appropriate adjustments to the range of

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Page 3

years, this copyright notice has been present since DataPro created the first version of its Website in 1995.

13.     In addition to the copyright notice, the pages on the DataPro Website featuring material registered under the A Complete Guide to the Digital Video Interface Copyright display an additional and separate notice: "Written by Anthony van Winkle for DataPro International Inc. Unauthorized duplication strictly prohibited."

14.     Although LG Electronics is well-known for its liquid crystal televisions, it is, upon information and belief, a competitor business to DataPro that also sells data cable products, connectors, and related accessories and services.

15.     On September 9, 2010, DataPro discovered that LG Electronics was reproducing, distributing, and displaying substantial material from the DataPro Copyrights on various web pages in its lgknowledgebase.com domain without authorization, specifically on the following URLs: http://lgknowledgebase.com/kb/index.php?View=entry&EntryID=2922; http:// lgknowledgebase.com/kb/index.php?View=entry&EntryID=2923; http://lgknowledgebase .com/kb/index.php?View=entry&EntryID=2925; http://lgknowledgebase.com/kb/ index. php?View=entry&EntryID=2926; and http://lgknowledgebase.com/kb/index.php ?View= entry&EntryID=2930.

16.     DataPro's copyright notices were not present on the URLs identified in Paragraph #15.

17.     On or around September 9, 2010, DataPro send formal written notice of these violations to LG Electronics.

18.     LG Electronics did not respond to DataPro's September 9, 2010, notice.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Page 4

19.     On or around October 8, 2010, a review by DataPro found that LG Electronics continued to reproduce, distribute, and display substantial material from the DataPro Copyrights without authorization on the URLs identified in Paragraph #15.

20.     On or around February 3, 2011, a review by DataPro found that LG Electronics had altered or removed the unauthorized material from the URLs identified in Paragraph #15.

21.     On or around August 28, 2012, DataPro discovered that LG Electronics was reproducing, distributing, and displaying substantial material from the DataPro Copyrights on various web pages in its lg.com domain without authorization, specifically on http://www.lg.com/my/support/product-help/doc-2121426-en-LGEML.

22.     DataPro's copyright notices were not present on the URL identified in Paragraph #21.

23.     On or around August 28, 2012, DataPro sent formal notice of the violation to LG Electronics.

24.     On or around August 29, 2012, LG Electronics responded to DataPro from its LG_care_center@lge.com address, writing "...[f]irst of all, I wish to thank you for your feedback. Our web administrator is checking on the data provided. Action will be taken if there are any copyright issues."

25.     DataPro received no further response from LG Electronics.

26.     On or around September 28, 2012, DataPro wrote to LG Electronics concerning the status of its investigation, but DataPro received no response.

27.     On or around November 5, 2012, DataPro discovered that LG Electronics was again reproducing, distributing, and displaying substantial material from the DataPro

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Page 5

MELTZER LAW
P.O. BOX 42575
PORTLAND, OR 97242
206-200-7398

Copyrights without authorization on web pages within its lg.com domain, specifically on the following URLs: http://www.lg.com/pa/support/product-help/doc- 2124488-en-LGEPS; http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111534; http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111520; and http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111494.

28.     DataPro's copyright notices were not present on the URLs identified in Paragraph #27.

29.     On or around November 19, 2012, DataPro discovered that, despite its formal notice of copyright infringement, LG Electronics continued to reproduce, distribute, and display material from the DataPro Copyrights without authorization on http://www.lg.com/my/support/ product-help/doc-2121426-en-LGEML.

30.     On or around January 24, 2013, DataPro discovered that LG Electronics continued to reproduce, distribute, and display material from the DataPro Copyrights without authorization, specifically on the following URLs: http://www.lg.com/my/support/product-help/doc-2121426-en-LGEML; http://www.lg.com/pa/support/product-help/doc-2124488-en-LGEPS; http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111534; http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111520; and http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111494.

31.     On or around February 17, 2013, DataPro discovered that LG Electronics was reproducing, distributing, and displaying material from the DataPro Copyrights without authorization on a web page within its lg.com domain, specifically  http://www.lg.com/levant_en/support/product-help/doc-2117630-en-LGELF.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Page 6

**MELTZER LAW**
**P.O. BOX 42575**
**PORTLAND, OR 97242**
**206-200-7398**

32.     DataPro's copyright notices were not present on the URL identified in Paragraph #31.

33.     On or around April 26, 2013, DataPro sent formal notice of copyright infringement to LGEUSA.

34.     On or around May 20, 2013, DataPro received correspondence from Chang H. Kim, General (IP) Counsel for LGE, which stated that LG Electronics would "promptly investigate this matter internally and take appropriate actions, as needed."

35.     DataPro did not receive any further communication from Mr. Kim.

36.     On or around June 10, 2013, DataPro wrote to Mr. Kim concerning the infringements.

37.     DataPro received no response to its June 10, 2013, correspondence to Mr. Kim.

38.     On or around July 31, 2013, DataPro again wrote to LGEUSA concerning the infringements.

39.     On or around August 7, 2013, DataPro discovered that LG Electronics was reproducing, distributing, and displaying material from the DataPro Copyrights without authorization on web pages within its lg.com domain, specifically on the following URLs: http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111519 and http://www.lg.com/dz/support/product-help/doc-2106947-en-LGEAS.

40.     DataPro's copyright notices were not present on the URLs identified in Paragraph #39.

41.     On August 12, 2013, DataPro received correspondence from Soonja Bae, Senior (IP) Counsel for LGE, who stated that LGE had "investigated this matter as soon as we

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Page 7

received your April letter" and requested identification of specific URLs "so that we can investigate this matter to address your concerns."

42.    On or around August 15, 2013, DataPro wrote to Ms. Bae concerning the infringements and requested a conference to discuss resolution.

43.    DataPro received no response to its August 15, 2013, correspondence.

44.    On or around August 16, 2013, DataPro discovered that LG Electronics was reproducing, distributing, and displaying substantial material from the DataPro Copyrights without authorization on web pages within its lg.com domain, specifically on the following URLs: http://www.lg.com/ph/support/ product-help/CT20192008-CT20192009-2122949; http://www.lg.com/hk_en/support/ product-help/CT20136004-CT20136005-1352085413550; http://www.lg.com/africa_en/ support/product-help/CT20080004-CT20080005-2201954; http://www.lg.com/eg_en/ support/product-help/CT20124004-CT20124005-2113043; http://www.lg.com/uk/ support/product-help/CT00008405-CT00008442-2132855; http://www.lg.com/ae/support/ product-help/CT20076004-CT20076005-2119901; http://www.lg.com/africa_en/support/ product-help/CT20080004-CT20080005-2103899; http://www.lg.com/pa_en/support/ product-help/CT20273030-CT20273039-2124473; http://www.lg.com/pa_en/support/ product-help/CT20273030-CT20273037-2124473; http://www.lg.com/pa_en/support/ product-help/CT20273030-CT20273038-2124473; http://www.lg.com/pa_en/support/ product-help/CT20273030-CT20273051-2124473; http://www.lg.com/eg_en/support/ product-help/CT20124004-CT20124005-2113043; http://www.lg.com/hk_en/support/ product-help/CT20136004-CT20136005-1352085414653; http://www.lg.com/in/support/ product-help/CT20150004-CT20150005-2116091;

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Page 8

http://www.lg.com/levant_en/support/ product-help/CT20158004-CT20158005-2117615;

http://www.lg.com/uk/support/product-help/CT00008333-CT00008334-2132855;

http://www.lg.com/uk/support/product-help/CT00008405-CT00008444-2132855;

http://www.lg.com/uk/support/product-help/CT00008333-CT00008351-2132855; and

http://www.lg.com/za/support/product-help/CT20230004-CT20230005-2126759.

45.     DataPro's copyright notices were not present on the URLs identified in Paragraph #44.

46.     On or around August 22, 2013, DataPro wrote to Ms. Bae concerning the previous and nineteen (19) newly discovered infringements and requested a conference to discuss resolution.

47.     On or around August 22, 2013, and despite having received formal notice of previous and ongoing copyright infringements, Ms. Bae sent correspondence to DataPro stating that LGE counsel "may not be available to talk to you by the second week of September" and that "once [LGE counsel] are available to talk to you, we will contact you."

48.     On or around August 27, 2013, DataPro again sent correspondence to Ms. Bae concerning the infringements and requested a conference to discuss resolution.

49.     On or around August 28, 2013, DataPro received correspondence from Ms. Bae stating that LGE "will review all of the web pages you have recently cited...and take appropriate steps" and that "...we will reach out to you should we believe that a call is necessary to move this matter forward."

50.     Upon information and belief, LG Electronics, without authorization and with knowledge of and reckless disregard for DataPro's intellectual property,  reproduced,

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Page 9

distributed, and displayed substantial material from the DataPro Copyrights in order to sell its competing products.

**FIRST CAUSE OF ACTION—COPYRIGHT INFRINGEMENT OF THE DATAPRO WEB**

**PAGES COPYRIGHT**

51.      DataPro incorporates paragraphs 1 through 50 above, as though fully set forth herein.

52.      DataPro holds a valid and exclusive copyright to the work known as the DataPro Web Pages that is a subject of this action and is evidenced by its copyright registration certificate.

53.      As set forth above, without authorization from DataPro and despite copyright notice on the DataPro Web Pages, LG Electronics willfully copied substantial portions of the DataPro Web Pages, displayed that copy to the public through its website, and distributed that copy to its customers and the general public.

54.      The actions and conduct by LG Electronics as described above infringe upon DataPro's exclusive rights granted under 17 U.S.C. § 106 to reproduce, display, make derivative works from, and distribute its copyrighted work to the public.

55.      Such actions and conduct constitute copyright infringement under 17 U.S.C. § 501.

56.      As a result of the copyright infringement described above, DataPro is entitled to relief, including, but not limited to, injunctive relief, actual or statutory damages, statutory costs and attorney's fees, and prejudgment interest.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Page 10

1

2      **SECOND CAUSE OF ACTION—COPYRIGHT INFRINGEMENT OF THE A**

3      **COMPLETE GUIDE TO THE DIGITAL VIDEO INTERFACE COPYRIGHT**

4          57.     DataPro incorporates paragraphs 1 through 56 above, as though fully set forth

5

6  herein.

7          58.     DataPro holds a valid and exclusive copyright to the work known as A Complete

8  Guide to the Digital Video Interface that is a subject of this action and is evidenced by its

9  copyright registration certificate.

10         59.     As set forth above, without authorization from DataPro and despite copyright

11

12 notice, LG Electronics willfully copied substantial portions of A Complete Guide to the Digital

13 Video Interface, displayed that copy to the public through its website, and distributed that copy

14 to its customers and the public.

15         60.     The actions and conduct by LG Electronics as described above infringe upon

16

17 DataPro's exclusive rights granted under 17 U.S.C. § 106 to reproduce, display, make derivative

18 works from, and distribute its copyrighted work to the public.

19         61.     Such actions and conduct constitute copyright infringement under 17 U.S.C. §

20 501.

21         62.     As a result of the copyright infringement described above, DataPro is entitled to

22

23 relief, including, but not limited to, injunctive relief, actual or statutory damages, statutory

24 costs and attorney's fees, and prejudgment interest.

25

26

27

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Page 11

1

2

### THIRD CAUSE OF ACTION—REMOVAL OR ALTERATION OF COPYRIGHT
### MANAGEMENT INFORMATION FOR THE DATAPRO WEB PAGES COPYRIGHT

3

4

63.     DataPro incorporates paragraphs 1 through 62 above, as though fully set forth

herein.

5

6

7

8

9

64.     Although DataPro conveyed Copyright Management Information ("CMI") in

connection with its own copies of the DataPro Web Pages, LG Electronics intentionally

removed or altered this CMI from LG Electronics' copies of the DataPro Web Pages without

authority of DataPro.

10

11

12

65.     LG Electronics distributed copies of the CMI to its customers and the public

knowing that the CMI had been removed or altered without authority of DataPro.

13

14

15

16

66.     LG Electronics distributed copies of the DataPro Web Pages to its customers

and the public knowing that the CMI had been removed or altered without authority of

DataPro.

17

18

19

67.     LG Electronics took the actions alleged in Paragraphs 64–66 knowing, or having

reasonable grounds to know, that its actions will induce, enable, facilitate or conceal

infringement.

20

21

22

68.     Such actions and conduct constitute the removal or alteration of copyright

management information under 17 U.S.C. § 1202(b).

23

24

25

69.     As a result of the removal or alteration of CMI as described above, DataPro is

entitled to relief, including, but not limited to, injunctive relief, actual or statutory damages,

statutory costs and attorney's fees, and prejudgment interest.

26

27

MELTZER LAW
P.O. BOX 42575
PORTLAND, OR 97242
206-200-7398

**FOURTH CAUSE OF ACTION— REMOVAL OR ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION FOR THE A COMPLETE GUIDE TO THE DIGITAL VIDEO INTERFACE COPYRIGHT**

70.     DataPro incorporates paragraphs 1 through 69 above, as though fully set forth herein.

71.     Although DataPro conveyed Copyright Management Information ("CMI") in connection with its own copies of A Complete Guide to the Digital Video Interface, LG Electronics intentionally removed or altered this CMI from LG Electronics' copies of the A Complete Guide to the Digital Video Interface without authority of DataPro.

72.     LG Electronics distributed copies of the CMI to its customers and the public knowing that the CMI had been removed or altered without authority of DataPro.

73.     LG Electronics distributed copies of A Complete Guide to the Digital Video Interface to its customers and the public knowing that the CMI had been removed or altered without authority of DataPro.

74.     LG Electronics took the actions alleged in paragraphs 71–73 knowing, or having reasonable grounds to know, that its actions will induce, enable, facilitate or conceal infringement.

75.     Such actions and conduct constitute the removal or alteration of copyright management information under 17 U.S.C. § 1202(b).

76.     As a result of the removal or alteration of CMI as described above, DataPro is entitled to relief, including, but not limited to, injunctive relief, actual or statutory damages, statutory costs and attorney's fees, and prejudgment interest.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Page 13

**FIFTH CAUSE OF ACTION—FALSIFICATION OF COPYRIGHT MANAGEMENT**

**INFORMATION FOR THE DATAPRO WEB PAGES COPYRIGHT**

77.     DataPro incorporates paragraphs 1 through 76 above, as though fully set forth herein.

78.     During LG Electronics' use of substantial portions of the DataPro Web Pages Copyright, LG Electronics' Terms, available at http://www.lgcorp.com/utility/terms.dev, claimed that "[c]opyright in the pages and in the screens displaying the pages, and in the information and material therein and in their arrangement, is owned by LG unless otherwise indicated."

79.     LG Electronics did not identify or otherwise indicate DataPro as the owner of the intellectual property at issue.

80.     Upon information and belief, during LG Electronics' use of substantial portions of the DataPro Web Pages Copyright, the LG Electronics' web pages http://lgknowledgebase.com/kb/index.php?View=entry&EntryID=2922; http://lgknowledgebase.com/kb/index.php?View=entry&EntryID=2923; http://lgknowledgebase.com/kb/index.php?View=entry&EntryID=2925; http://lgknowledgebase.com/kb/index.php?View=entry&EntryID=2926; and http://lgknowledgebase.com/kb/index.php?View=entry&EntryID=2930 displayed the copyright notice "Copyright 2009 LG Electronics. All Rights Reserved."

81.     Upon information and belief, during LG Electronics' use of substantial portions of the DataPro Web Pages Copyright, the LG Electronics' web pages

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Page 14

http://www.lg.com/my/support/product-help/doc-2121426-en-LGEML;

http://www.lg.com/pa/support/product-help/doc- 2124488-en-LGEPS;

http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111534;

http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111520;

http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111494;

http://www.lg.com/levant_en/support/product-help/doc-2117630-en-LGELF;

http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111519 and

http://www.lg.com/dz/support/product-help/doc-2106947-en-LGEAS;

http://www.lg.com/ph/support/ product-help/CT20192008-CT20192009-2122949;

http://www.lg.com/hk_en/support/ product-help/CT20136004-CT20136005-1352085413550;

http://www.lg.com/africa_en/ support/product-help/CT20080004-CT20080005-2201954;

http://www.lg.com/eg_en/ support/product-help/CT20124004-CT20124005-2113043;

http://www.lg.com/uk/ support/product-help/CT00008405-CT00008442-2132855;

http://www.lg.com/ae/support/ product-help/CT20076004-CT20076005-2119901;

http://www.lg.com/africa_en/support/ product-help/CT20080004-CT20080005-2103899;

http://www.lg.com/pa_en/support/ product-help/CT20273030-CT20273039-2124473;

http://www.lg.com/pa_en/support/ product-help/CT20273030-CT20273037-2124473;

http://www.lg.com/pa_en/support/ product-help/CT20273030-CT20273038-2124473;

http://www.lg.com/pa_en/support/ product-help/CT20273030-CT20273051-2124473;

http://www.lg.com/eg_en/support/ product-help/CT20124004-CT20124005-2113043;

http://www.lg.com/hk_en/support/ product-help/CT20136004-CT20136005-1352085414653;

http://www.lg.com/in/support/ product-help/CT20150004-CT20150005-2116091;

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Page 15

http://www.lg.com/levant_en/support/ product-help/CT20158004-CT20158005-2117615;

http://www.lg.com/uk/support/product-help/CT00008333-CT00008334-2132855;

http://www.lg.com/uk/support/product-help/CT00008405-CT00008444-2132855;

http://www.lg.com/uk/support/product-help/CT00008333-CT00008351-2132855; and

http://www.lg.com/za/support/product-help/CT20230004-CT20230005-2126759 displayed

the copyright notice "Copyright 2013 LG Electronics. All Rights Reserved."

82.     Upon information and belief, LG Electronics distributed false CMI to its

customers and the public.

83.     By placing its own copyright notice on the unauthorized copies of the DataPro

Web Pages that LG Electronics displayed on its web pages, LG Electronics knowingly provided

and distributed to its customers false copyright management information with the intent to

enable, facilitate, or conceal infringement.

84.     Such actions and conduct constitute the falsification of copyright management

information under 17 U.S.C. § 1202(a).

85.     As a result of the falsification of copyright management information as

described above, DataPro is entitled to relief, including, but not limited to, injunctive relief,

actual or statutory damages, statutory costs and attorney's fees, and prejudgment interest.


**SIXTH CAUSE OF ACTION—FALSIFICATION OF COPYRIGHT MANAGEMENT**

**INFORMATION FOR THE A COMPLETE GUIDE TO THE DIGITAL VIDEO**

**INTERFACE COPYRIGHT**

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Page 16

86.     DataPro incorporates paragraphs 1 through 85 above, as though fully set forth herein.

87.     During LG Electronics' own use of substantial portions of the A Complete Guide to the Digital Interface, LG Electronics' Terms, available at http://www.lgcorp.com/utility/terms.dev, claimed that "[c]opyright in the pages and in the screens displaying the pages, and in the information and material therein and in their arrangement, is owned by LG unless otherwise indicated."

88.     LG Electronics did not identify or otherwise indicate DataPro as the owner of the intellectual property at issue.

89.     Upon information and belief, during LG Electronics' use of substantial portions of the A Complete Guide to the Digital Interface, the LG Electronics' web pages http://lgknowledgebase.com/kb/index.php?View=entry&EntryID=2922; http://lgknowledgebase.com/kb/index.php?View=entry&EntryID=2923; http://lgknowledgebase.com/kb/index.php?View= entry&EntryID=2925; http://lgknowledgebase.com/kb/index.php?View= entry&EntryID=2926; and http://lgknowledgebase.com/kb/index.php?View= entry&EntryID=2930 displayed the copyright notice "Copyright 2009 LG Electronics. All Rights Reserved."

90.     Upon information and belief, during LG Electronics' use of substantial portions of the A Complete Guide to the Digital Interface, the LG Electronics' web pages http://www.lg.com/my/support/product-help/doc-2121426-en-LGEML; http://www.lg.com/pa/support/product-help/doc- 2124488-en-LGEPS; http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111534;

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Page 17

http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111520;

http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111494;

http://www.lg.com/levant_en/support/product-help/doc-2117630-en-LGELF;

http://www.lg.com/tn_en/support/product-help/CT20218004-CT20218005-2111519 and

http://www.lg.com/dz/support/product-help/doc-2106947-en-LGEAS;

http://www.lg.com/ph/support/ product-help/CT20192008-CT20192009-2122949;

http://www.lg.com/hk_en/support/ product-help/CT20136004-CT20136005-1352085413550;

http://www.lg.com/africa_en/ support/product-help/CT20080004-CT20080005-2201954;

http://www.lg.com/eg_en/ support/product-help/CT20124004-CT20124005-2113043;

http://www.lg.com/uk/ support/product-help/CT00008405-CT00008442-2132855;

http://www.lg.com/ae/support/ product-help/CT20076004-CT20076005-2119901;

http://www.lg.com/africa_en/support/ product-help/CT20080004-CT20080005-2103899;

http://www.lg.com/pa_en/support/ product-help/CT20273030-CT20273039-2124473;

http://www.lg.com/pa_en/support/ product-help/CT20273030-CT20273037-2124473;

http://www.lg.com/pa_en/support/ product-help/CT20273030-CT20273038-2124473;

http://www.lg.com/pa_en/support/ product-help/CT20273030-CT20273051-2124473;

http://www.lg.com/eg_en/support/ product-help/CT20124004-CT20124005-2113043;

http://www.lg.com/hk_en/support/ product-help/CT20136004-CT20136005-1352085414653;

http://www.lg.com/in/support/ product-help/CT20150004-CT20150005-2116091;

http://www.lg.com/levant_en/support/ product-help/CT20158004-CT20158005-2117615;

http://www.lg.com/uk/support/product-help/CT00008333-CT00008334-2132855;

http://www.lg.com/uk/support/product-help/CT00008405-CT00008444-2132855;

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Page 18

http://www.lg.com/uk/support/product-help/CT00008333-CT00008351-2132855; and

http://www.lg.com/za/support/product-help/CT20230004-CT20230005-2126759 displayed

the copyright notice "Copyright 2013 LG Electronics. All Rights Reserved."

91.     Upon information and belief, LG Electronics distributed false CMI to its

customers and the public.

92.     By placing its own copyright notice on the unauthorized copies of the DataPro

Web Pages that LG Electronics displayed on its web pages, LG Electronics knowingly provided

and distributed to its customers false copyright management information with the intent to

enable, facilitate, or conceal infringement.

93.     Such actions and conduct constitute the falsification of copyright management

information under 17 U.S.C. § 1202(a).

94.     As a result of the falsification of copyright management information as

described above, DataPro is entitled to relief, including, but not limited to, injunctive relief,

actual or statutory damages, statutory costs and attorney's fees, and prejudgment interest.


## PRAYER FOR RELIEF

WHEREFORE, DataPro prays for the following relief:

A.      On the First Cause of Action, for an award of Defendants' profits and for actual

damages in such amount as may be found, or for statutory damages of not less than $750 or

more than $30,000 per copy, pursuant to 17 U.S.C. § 504(c)(1). Alternatively, for an award of up

to $150,000 upon a finding of willful infringement pursuant to 17 U.S.C. § 504(c)(2). And for an

order permanently enjoining Defendants from infringing Plaintiff's copyrighted website

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Page 19

MELTZER LAW
P.O. BOX 42575
PORTLAND, OR 97242
206-200-7398

pursuant to 17 U.S.C. § 502 and for an award of costs and attorney's fees pursuant to 17 U.S.C. § 505.

B.      On the Second Cause of Action, for an award of Defendants' profits and for actual damages in such amount as may be found, or for statutory damages of not less than $750 or more than $30,000 per copy pursuant to 17 U.S.C. § 504(c)(1). Alternatively, for an award of up to $150,000 upon a finding of willful infringement pursuant to 17 U.S.C. § 504(c)(2). And for an order permanently enjoining Defendants from infringing Plaintiff's copyrighted material pursuant to 17 U.S.C. § 502 and for an award of costs and attorney's fees pursuant to 17 U.S.C. § 505.

C.      On the Third Cause of Action, for an award of Defendants' profits and for actual damages in such amount as may be found, or for statutory damages of not less than $2,500 or more than $25,000 per violation pursuant to 17 U.S.C. § 1203(c)(3)(b). And for an order permanently enjoining Defendants from removing or altering Plaintiff's copyright management information pursuant to 17 U.S.C. § 1203(b)(1) and for an award of costs and attorney's fees pursuant to 17 U.S.C. §§ 1203(b)(4)-(5).

D.      On the Fourth Cause of Action, for an award of Defendants' profits and for actual damages in such amount as may be found, or for statutory damages of not less than $2,500 or more than $25,000 per violation pursuant to 17 U.S.C. § 1203(c)(3)(b). And for an order permanently enjoining Defendants from removing or altering Plaintiff's copyright management information pursuant to 17 U.S.C. § 1203(b)(1) and for an award of costs and attorney's fees pursuant to 17 U.S.C. §§ 1203(b)(4)-(5).

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Page 20

E.      On the Fifth Cause of Action, for an award of Defendants' profits and for actual damages in such amount as may be found, or for statutory damages of not less than $2,500 or more than $25,000 per violation pursuant to 17 U.S.C. § 1203(c)(3)(b). And for an order permanently enjoining Defendants from falsifying copyright management information pursuant to 17 U.S.C. § 1203(b)(1) and for an award of costs and attorney's fees pursuant to 17 U.S.C. §§ 1203(b)(4)-(5).

F.      On the Sixth Cause of Action, for an award of Defendants' profits and for actual damages in such amount as may be found, or for statutory damages of not less than $2,500 or more than $25,000 per violation pursuant to 17 U.S.C. § 1203(c)(3)(b). And for an order permanently enjoining Defendants from falsifying copyright management information pursuant to 17 U.S.C. § 1203(b)(1) and for an award of costs and attorney's fees pursuant to 17 U.S.C. §§ 1203(b)(4)-(5).

G.      For prejudgment interest on the amount of the award to Plaintiff;

H.      And for such other and further relief as the Court deems equitable, proper, and just.

[signature page follows]

///

///

///

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Page 21

DATED: September 5, 2013

MELTZER LAW

By: s/ Eric S. Meltzer
Eric S. Meltzer, WSBA #40203
Attorney for DataPro International Inc.
T: 206-200-7398
F: 617-863-7428
E: eric@meltzergrant.com

MELTZER LAW
P.O. BOX 42575
PORTLAND, OR 97242
206-200-7398

EXHIBIT A

COPYRIGHT CERTIFICATES TXu 1-596-528 AND TXu 1-647-313

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
EXHIBITS

MELTZER LAW
P.O. BOX 42575
PORTLAND, OR 97242
206-200-7398

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number:**

## TXu 1-596-528

**Effective date of registration:**

October 24, 2008

## Title

| | |
|---|---|
| **Title of Work:** | DataPro Web Pages |

## Completion/ Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |

## Author

| | |
|---|---|
| ■ **Author:** | DataPro International Inc. |
| **Author Created:** | text, photograph(s), compilation, editing,  artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States          **Domiciled in:**   United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | DataPro International Inc. |
| | 1144 NW 52nd St., Seattle, WA, 98107, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | DataPro International inc. |
| **Name:** | To whom it may concern |
| **Email:** | info@datapro.net          **Telephone:**   206-782-5259 |
| **Address:** | 1144 NW 52nd Street |
| | Seattle, WA 98107  United States |

## Certification

| | |
|---|---|
| **Name:** | Michael Williams |
| **Date:** | October 23, 2008 |

**Copyright Office notes:**   Regarding author information: Original application gave the author created statement as: text, photograph(s), compilation, editing, computer program, artwork; deposit consists of text, photograph(s), compilation, editing, artwork only

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# TXu 1-647-313

**Effective date of registration:**

February 18, 2008

## Title

| | |
|---|---|
| **Title of Work:** | All About DVI |
| **Previous or Alternative Title:** | A Complete Guide to the Digital Video Interface |

## Completion/ Publication

| | |
|---|---|
| **Year of Completion:** | 2003 |

## Author

| | |
|---|---|
| ■ **Author:** | DataPro International Inc., employer for hire of Anthony van Winkle |
| **Author Created:** | Entire Text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Year Born:** | 1984 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | DataPro International Inc |
| | 1144 NW 52nd Street, Seattle, WA, 98107 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Blake Sherman |
| **Date:** | January 30, 2008 |

EXHIBIT B

REPRESENTATIVE SAMPLE OF DATAPRO WEB PAGES

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
EXHIBITS




Contact our Sales department!
800-727-8890 sales@datapro.net

🛒 CART   HOME   CONTACT   SUPPORT   ORDER STATUS

*Product Search*
[ Search ]

*Quick-Link Catalog*

Custom Cables
Custom Panels

Custom Wall Plates
Stock Wall Plates

Panel-Mount Cables

USB & FireWire
Video Cables
Video Electronics
Keyboard & Mouse
Audio Cables

Networking
Fiber Optic
Wireless Products

SCSI
Serial & Parallel
Manual Switches
Other Data Cables

Power Cables
Server Racks

Clearance & Specials

# Custom Wall Plates & Panel-Mount Cables

DataPro Tech Info > Custom Wall Plates & Panel-Mount Cables

[ Search ]

## A Complete Design and Installation Guide



- Why Use Wall Plates?
- What Are Panel-Mount Cables?
- Can I Get Custom Plates Made?
- Which Connectors Are Available?
- Can I Use Keystone Connectors?

- How Do I Order Custom Plates?
- How Much Do Custom Plates Cost?
- How Soon Will My Order Ship?

- Installing Plates and Cables

## WHY USE WALL PLATES?

Whether you need VGA ports for lobby displays or overhead projectors, USB ports for special computer enclosures, Ethernet ports for clean networking, or anything else, DataPro can cut a wall plate with just the right configuration for your application. We offer total solutions for medical and industrial applications, schools, conference rooms, home theaters, and more.

DataPro International is pleased to offer the widest selection available of stock and custom-built wall plates for mounting your computer cables in walls, floors, ceilings, decks, tables, and anywhere else. Our plates are cut with high-durability plastic or metal, for a sturdy and attractive wiring solution. Avoid unsightly holes and cumbersome conduit enclosures by mounting your cabling in a DataPro face plate.



## WHAT ARE PANEL-MOUNT CABLES?

For additional convenience, we stock a wide variety of panel-mount cables for each of our connectors. You can avoid messy cord bunches and maintain cost efficiency by ordering the cables you need in the lengths that work for you. Or, for those special situations, we can custom-build most any cable needed to complete your run.

The advantage of our panelmount cables is that they have molded hoods with mounting screws, so the cable can attach directly to the face plate without splices or soldering. This saves you the work of having to do on-site termination, and improves signal strength and quality by avoiding couplers and pass-through connectors. We strongly discourage the use of any pass-through connections, which is why we

discourage the use of any pass-through connections, which is why we do not offer plates with pre-installed ports.



#4-40 UNC Screws secure the cable to the plate.

The male connector runs to the source computer or device.

The panel-mount connector attaches directly to the wall plate to minimize signal loss.

## CAN I GET CUSTOM PLATES MADE?

If the plate you are looking for is not a stock item, we can design and cut one to match your unique needs. Our on-site machine shop produces high-quality plates with great turnaround and competitive pricing. See our custom wall plate page for more information.

Available in dozens of sizes and materials, we can mix and match any combination of ports, depending on how they fit, so you can make the most efficient use of your space. We also offer 'Decora' style face plate

inserts that can be custom-cut with whatever ports you need, and then fitted with a standard decora mountable plate. While they do offer much less space than independent plates, they can be easily installed into an existing multi-plate panel.

If you would like to design your own plate, we would be happy to fabricate it for you. Send us a drawing or connector list (from the selection below), and we will provide you with pricing and lead time.

## WHICH CONNECTORS ARE AVAILABLE?

Stock and custom plates are available with any of the following connectors:

- **HDMI** - for new high-definition digital video and audio
- **DVI** - for digital LCD screens, plasma televisions, and other flat-panel displays
- **VGA** - for analog CRT monitors, projectors, and some LCD screens



- **USB** - for all high-speed peripherals, in both 'A' type and 'B' type
- **IEEE-1394** - for all FireWire (iLink) cameras, camcorders, and other devices
- **PS2** - for PC keyboards and mice, as well as many barcode scanners

- **CAT5** - for Ethernet networking, internet, and phone systems
- **DB25** - for 25-pin parallel devices, namely LPT printers
- **DB09** - for 9-pin serial devices, including GPS systems

- **BNC** - for 802.11 antenna cables, composite video, and older networks
- **F-Type** - for coax wire from cable TV or broadband

- **RCA** - one for composite video, two for stereo audio, or three for A/V or component
- **S-Video** - for TV displays from VCRs, DVDs, and some graphics cards

cards

- **3.5mm** - for audio signals (i.e. headphones) in mono, stereo, or quadraphonic

## CAN I USE KEYSTONE CONNECTORS?

For an easy, snap-in connection, we offer a variety of Keystone-type connectors in female/female splices that instantly click into a Keystone plate. The plugs we have in stock are:



- PS/2 Keyboard/Mouse
- S-Video (SVHS)
- F-Type Coax (for TV)
- BNC
- RCA (in various colors)
- RJ11 (telephone)
- CAT5e (as pass-through or punch-down)
- CAT6 (as pass-through or punch-down)

Many connectors, including USB and VGA, are too large to install via Keystone, and must be mounted in their own cutout.

## HOW DO I ORDER CUSTOM PLATES?

You can now build your own custom plate on our website with our easy-to-use Custom Wallplate Designer. Simply select a plate style, add your holes, and then add cables and couplers. When finished, add the plate and other products to your shopping cart with a single click.

The Plate Designer utility does not cover every possible plate we can build. If you cannot design your ideal plate in Plate Designer, please contact us for a quote and we will happily assist you.

## HOW MUCH DO CUSTOM PLATES COST?

While particularly complicated or unique plates can only be quoted on a case-by-case basis, standard cutouts can be custom-configured with a fairly regular pricing schedule. The following reflects the base cost of the plate material, plus $1.00 for every cutout:

|            | Plastic | Aluminum |
|------------|---------|----------|
| 1 Gang     | $14.00  | $16.00   |
| 2 Gang     | $18.00  | $20.00   |
| Horizontal | N/A     | $20.00   |

For example, a 1-Gang plastic plate with a VGA and two DVI cutouts would cost $17.00 ($14.00 + $1.00 x3), and a horizontal plate with two HDMI cutouts would cost $22.00 ($20.00 + $1.00 x2).

## HOW SOON WILL MY ORDER SHIP?

For the most common types of cable runs, including USB, VGA, HDMI, and PS2, we stock dozens of different cable and plate configurations for the utmost in flexibility and on-demand solutions. Because we keep stock of so many lengths and styles, same-day shipping is available on most of our runs. If the plates and cables you need are in stock, your order will most likely ship the same or the next day.



Depending on the size of your custom order, we generally offer turnaround of specially-built cables (less than 10 pieces) in 1 to 2 days and custom-cut plates (less than 250 pieces) in 0 to 2 days. Larger orders may

require more time, depending on the quantity and diversity of the products. We encourage you to order earlier rather than later, as high-priority turnarounds may incur rush fees.

*© 1986-2013 DataPro International Inc*

EXHIBIT C

A COMPLETE GUIDE TO THE DIGITAL VIDEO INTERFACE

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
EXHIBITS

MELTZER LAW
P.O. BOX 42575
PORTLAND, OR 97242
206-200-7398

 **DataPro**


Contact our Sales department!
800-727-8890 sales@datapro.net

🛒 **CART**   HOME   CONTACT   SUPPORT   ORDER STATUS   📶

*Product Search*

[ Search ]

*Quick-Link Catalog*

Custom Cables
Custom Panels

Custom Wall Plates
Stock Wall Plates

Panel-Mount Cables

USB & FireWire
Video Cables
Video Electronics
Keyboard & Mouse
Audio Cables

Networking
Fiber Optic
Wireless Products

SCSI
Serial & Parallel
Manual Switches
Other Data Cables

Power Cables
Server Racks

Clearance & Specials

# All About DVI

DataPro Tech Info > All About DVI

[ Search ]

## A Complete Guide to the Digital Video Interface

- What is DVI?
- What are the DVI Formats?
- What are single and dual links?
- How far does DVI go?
- How do I know which cable to use?
- How to recognize a DVI Cable
- List of DataPro DVI Products



> Not sure what cable you need?
> We have a DVI cable guide!

## WHAT IS DVI ?

DVI stands for (**D**)igital (**V**)ideo (**I**)nterface.

DVI is a popular form of video interface technology made to maximize the quality of flat panel LCD monitors and modern video graphics cards. It was a replacement for the short-lived P&D Plug & Display standard, and a step up from the digital-only DFP format for older flat panels. DVI cables are very popular with video card manufacturers, and most cards nowadays include one or two DVI output ports.

In addition to being used as the standard computer interface, the DVI standard was, for a short while, the digital transfer method of choice for HDTVs and other high-end video displays for TV, movies, and DVDs. Likewise, even a few top-end DVD players have featured DVI outputs in addition to the high-quality analog Component Video. The digital market has now settled on the HDMI interface for high-definition media delivery, and DVI more exclusive to the computer market.

## WHAT ARE THE DVI FORMATS ?

There are three types of DVI connections: DVI-Digital, DVI-Analog, and DVI-Integrated

**DVI-D - True Digital Video**


*DataPro*

> If you are connecting a DVI computer to a DVI monitor, **this is the cable you want**.

*DVI-D cables* are used for direct digital connections between source video (namely, video cards) and LCD monitors. This provides a faster, higher-quality image than with analog, due to the nature of the digital format. All video cards initially produce a digital video signal, which is converted into analog at the VGA output. The analog signal travels to the monitor and is re-converted to a digital signal. DVI-D eliminates the analog conversion process and improves the connection between source and display.

### DVI-A - High-Res Analog



> If you are connecting a DVI computer to a VGA monitor, **this is the cable you want**.

*DVI-A are used to carry a DVI signal to an analog display, such as a CRT monitor or budget LCD. The most common use of DVI-A is connecting to a VGA device, since DVI-A and VGA carry the same signal. There is some quality loss involved in the digital to analog conversion, which is why a digital signal is recommended whenever possible.*

see all DVI-A cables

### DVI-I - The Best of Both Worlds



*DVI-I cables are integrated cables which are capable of transmitting either a digital-to-digital signal or an analog-to-analog signal. This makes it a more versatile cable, being usable in either digital or analog situations.*

*Like any other format, DVI digital and analog formats are non-interchangeable. This means that a DVI-D cable will not work on an analog system, nor a DVI-A on a digital system. To connect an analog source to a digital display, you'll need a VGA to DVI-D electronic convertor. To connect a digital output to an analog monitor, you'll need to use a DVI-D to VGA convertor (currently unavailable).*

see all DVI-I cables

## WHAT ARE SINGLE AND DUAL LINKS ?

The Digital formats are available in DVI-D Single-Link and Dual-Link as well as DVI-I Single-Link and Dual-Link format connectors. These DVI cables send information using a digital information format called TMDS (transition minimized differential signaling). Single link cables use one TMDS 165Mhz transmitter, while dual links use two. The dual link DVI pins effectively double the power of transmission and provide an increase of speed and signal quality; i.e. a DVI single link 60-Hz LCD can display a resolution of 1920 x 1200, while a DVI dual link can display a resolution of 2560 x 1600.

## HOW FAR IS THE DVI MAXIMUM LENGTH?

The official DVI specification mandates that all DVI equipment must maintain a signal at 5 meters (16 feet) in length. But many manufacturers are putting out much stronger cards and bigger monitors, so the maximum length possible is never exact.

Although the mandated DVI spec is 5 meters, we do carry cables up to 25 feet, and have succesfully extended them even longer than that (although results do vary depending on hardware). For guaranteed signal quality on long runs, you should consider using a powered DVI signal booster.

There is a common misconception regarding digital video cables, which is the belief that an "all digital" signal is an either-or result: either the cable works, or it doesn't. In reality, while there is no signal degradation in digital video like there is with analog, cable quality and length can make a difference in your picture.

When a DVI run is unstable, you may see artifacts and "sparkling" pixels on your display; further degredation tends to flicker out or shake, and the ultimate sign of loss is a blank display. In-house tests on varying equipment have produced strong signals up to 9 and 10 meters long. Tests at 12 meters generally resulted in signal noise and an unusuable image on the display, and anything longer rendered no image at all.

Keep in mind that when using DVI-I cables at extensive lengths, you may not be seeing a digitally-clear image on your screen. Because analog has a much longer run, your display may auto-switch once the digital signal is too weak. For this reason, long runs are best done with VGA (for analog) or HDMI (for digital). If you have no option other than DVI, make sure you're getting the best image by using DVI-D cables and verifing that your display is set to digital input.

the best image by using DVI-D cables and verifying that your display is set to digital input.

---

## HOW DO I KNOW WHICH CABLE TO USE?

Determining which type of DVI cable to use for your products is critical in getting the right cable the first time. Check both of the female DVI plugs to determine what signals they are compatible with.

- If one or both connections are DVI-D, you need a DVI-D cable.
- If one or both connections are DVI-A, you need a DVI-A cable.
- If one connection is DVI and the other is VGA, **and** the DVI is analog-compatible, you need a DVI to VGA cable or a DVI/VGA adaptor.
- If both connections are DVI-I, you may use any DVI cable, but a DVI-I cable is recommended.
- If one connection is analog and the other connection is digital, there is no way to connect them with a single cable. You'll have to use an electronic converter box, such as our analog VGA to digital DVI/HDMI converter.

If you still have questions, look at our **DVI cable guide** for an easy-to-use chart to help you find the right cable for you.

---

## HOW TO RECOGNIZE A DVI CABLE

There are two variables in every DVI connector, and each represents one characteristic.

The flat pin on one side denotes whether the cable is digital or analog:

- A flat pin with four surrounding pins is either DVI-I or DVI-A
- A flat pin alone denotes DVI-D

The pinsets vary depending on whether the cable is single-link, dual-link, or analog:

- Two separated 9-pin sets (rows of 6) for a single-link cable
- A solid 24-pin set (rows of 8) for a dual-link cable
- A separated 8-pin and 4-pin set is for DVI-A.

# DVI Connector Guide

**DVI-D Single Link**
Digital Only

*Two sets of nine pins, and a solitary flat blade*

**DVI-A**
Analog Only

*One set of eight pins and one set of four pins, with four contacts around the blade*

**DVI-I Single Link**
Digital & Analog

*Two sets of nine pins and four contacts around the blade*

**DVI-D Dual Link**
Digital Only

*Three rows of eight pins and a solitary flat blade*

**DVI-I Dual Link**
Digital & Analog

*Three rows of eight pins and four contacts around the blade*

---

List of DataPro DVI Cables:

1141 DVI-D Single Digital Video Cable - for simple computer/monitor setups
1142 DVI-D Dual Digital Video Cable - the most DVI cable for most applications
1149 DVI-D Dual Digital Video Extension Cable - for a longer DVI connection

1143 DVI-I Panelmount Extension Cable - for installing a DVI port on a plate or bulkhead

1145 DVI-I Analog to VGA/SVGA Video Cable -for connecting a DVI computer to a VGA monitor
1145-A DVI Analog Male to VGA Female Adaptor - for converting a DVI port into a VGA port
1145-B DVI Analog Female to VGA Male Adaptor - for converting a VGA port into a DVI port
1146 DVI-A Analog Video Cable - for analog-only signals over a DVI connector

1148   DVI-I Dual Digital & Analog - for dual digital/analog data capabilities
1140   DVI-I DIG/ANA Extension Cable (M/F) - for extending both digital and analog signals

Written by Anthony van Winkle for DataPro International Inc.
Unauthorized duplication strictly prohibited.

© 1986-2013 DataPro International Inc