HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DATAPRO INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS USA INC., <br><br> Defendant. | CASE NO. C13-1604RAJ <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

Judge Jones RECUSES himself from this action. The court directs the Clerk to reassign this action to another judge in accordance with this District's case assignment procedures.

Dated this 19th day of December, 2013.

WILLIAM M. MCCOOL
Clerk

s/Consuelo Ledesma
Deputy Clerk

MINUTE ORDER- 1